160 A.3d 783

Lora Jean WILLIAMS; Gregory J. Smith; CVP Management, Inc. d/b/a or t/a City View Pizza; John's Roast Pork, Inc. f/k/a John's Roast Pork; Metro Beverage of Philadelphia, Inc. d/b/a or t/a Metro Beverage; Day's Beverages, Inc. d/b/a or t/a Day's Beverages; American Beverage Association; Pennsylvania Beverage Association; Philadelphia Beverage Association; and Pennsylvania Food Merchants Association, Petitioners

v.

CITY OF PHILADELPHIA and Frank Breslin, in His Official Capacity as Commissioner of the Philadelphia Department of Revenue, Respondents

No. 148 EM 2016

Supreme Court of Pennsylvania.

November 2, 2016

ORDER

PER CURIAM

AND NOW, this 2nd day of November, 2016, the Motion for Leave to File a Reply is **GRANTED,** and the Application for Extraordinary Relief or the Exercise of King's Bench Powers is **DENIED.**